JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS RICHARD DiBARTELO, | ) NO. ED CV 15-1061-CJC(E) |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING ACTION |
| RODNEY A. CORTEZ, et al., | ) WITHOUT PREJUDICE |
| Defendants. | ) |

On December 24, 2015, Plaintiff filed a "Writ of Withdrawl," stating, in pertinent part, "I withdraw my claim against the named Defendants without prejudice. . . ." The Court has construed Plaintiff's "Writ of Withdrawl" as a request for voluntary dismissal of the entire action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. See Minute Order, filed January 4, 2016. Defendants filed a "Notice of Non-opposition to Order Dismissing the Action Without Prejudice" on January 6, 2016. Therefore, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's request for voluntary dismissal is granted and this action is dismissed without prejudice. See Smith v.

Lenches, 263 F.3d 972, 975 (9th Cir. 2001) (court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant demonstrates that the defendant "will suffer some plain legal prejudice as a result").

IT IS SO ORDERED.

DATED: January 11, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

PRESENTED this 7th day of January, 2016, by:

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE